## Chicago Title and Trust Company, Appellee, v. Richard F. Pietschman et al.
## Caroline Lott, Appellant, v. Albert J. Peterson et al., Appellees.

### Gen. No. 9,780.

Heard in this court at May term, 1942; opinion filed September 3, 1942. Snyder & Clarke, for certain appellant; Gerald C. Snyder, of counsel; Leslie A. Needham, for certain other appellant; Perlman, Goodman, Hecht & Chesler, for certain appellees; Morton C. Chesler, of counsel; Defrees, Fiske, O'Brien &

Thomson, for certain other appellee; Howard M. Biemeck, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''